**DANIEL A. BACON** 065099
Attorney at Law
5200 North Palm, Suite 408
Fresno, California 93704
Telephone: (559) 241-7000

Attorney for ANTONIO LAMAR PRATT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANTONIO LAMAR PRATT,<br><br>　　　　　Defendants. | NO. 1:07 cr 00272 LJO<br><br>STIPULATION TO ADVANCE<br>SENTENCING AND ORDER THEREON<br><br>DATE:　June 2, 2009<br>TIME:　8:00 AM<br>DEPT:　Hon. Lawrence J. O'Neill |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the sentencing of defendant Antonio Lamar Pratt, presently scheduled to be heard before the Hon. Lawrence J. O'Neill on June 5, 2009 at 8:15 AM, be advanced to June 2, 2009, at the hour of 8:00 AM.

Dated: May 29, 2009.　　　.　　McGREGOR W. SCOTT, United States Attorney

　　　　　　　　　　　　　　By:  /s/ Stanley Boone
　　　　　　　　　　　　　　　　STANLEY BOONE, Assistant U.S. Attorney
　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: May 29, 2009.
　　　　　　　　　　　　　　 /s/ Daniel A. Bacon
　　　　　　　　　　　　　　DANIEL A. BACON,
　　　　　　　　　　　　　　Attorney for Defendant ANTONIO PRATT

IT IS SO ORDERED.

**Dated:　June 1, 2009**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE