1 | DANIEL A. BACON 065099
ATTORNEY AT LAW
2 | 5200 NORTH PALM, SUITE 408
FRESNO, CALIFORNIA 93704
3 | TELEPHONE: (559) 241-7000

4 | ATTORNEY FOR ANTONIO LAMAR PRATT

**FILED**

OCT 2 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6 | UNITED STATES DISTRICT COURT

7 | EASTERN DISTRICT OF CALIFORNIA

9 | UNITED STATES OF AMERICA,          )    NO. 1:07 cr 00272 LJO
                                      )
10 |               Plaintiff,          )    *EX PARTE* APPLICATION FOR
                                      )    RETURN OF PASSPORT
11 |          vs.                      )    AND ORDER THEREON
                                      )
12 | ANTONIO LAMAR PRATT,              )
                                      )
13 |               Defendants.         )
     _____  )

15 | Defendant Antonio Lamar Pratt, through his attorney, Daniel A. Bacon,

16 | hereby makes an *ex parte* application to this court for an order that the Clerk of the United

17 | States District Court for the Eastern District of California immediately release to the

18 | defendant his United States passport.

19 | Dated: October 2, 2009 .

20 | /s/ Daniel A. Bacon
     _____
     DANIEL A. BACON,
21 | Attorney for Defendant ANTONIO PRATT

22 | ORDER

23 | IT SO ORDERED ~~that the request~~ is denied. There are three

outstanding Bench warrants pending from the Fresno Superior Court for

24 | Dated: *Oct 24*, 2009.  Failure TO Appear.   Lawrence O'Neill

LAWRENCE J. O'NEILL
25 | U.S. District Judge for the
Eastern District of California