1  DANIEL A. BACON 065099
   ATTORNEY AT LAW
2  5200 NORTH PALM, SUITE 408
   FRESNO, CALIFORNIA 93704
3  TELEPHONE: (559) 241-7000

4  ATTORNEY FOR ANTONIO LAMAR PRATT

FILED
OCT 27 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07 cr 00272 LJO |
| Plaintiff, | *EX PARTE* APPLICATION FOR RETURN OF PASSPORT AND ORDER THEREON |
| vs. | |
| ANTONIO LAMAR PRATT, | |
| Defendants. | |

Defendant Antonio Lamar Pratt, through his attorney, Daniel A. Bacon, hereby makes an *ex parte* application to this court for an order that the Clerk of the United States District Court for the Eastern District of California immediately release to the defendant his United States passport.

Dated: October 2, 2009.

/s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant ANTONIO PRATT

ORDER

IT SO ORDERED that the request is denied. There are three outstanding Bench warrants pending from the Fresno Superior Court for Failure To Appear.

Dated: Oct 24, 2009.

LAWRENCE J. O'NEILL
U.S. District Judge for the
Eastern District of California